Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR04-251L |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATED ORDER |
| KENNETH STONE, ) | CONTINUING TRIAL DATE |
| DEBRA L. STONE and ) | |
| GEORGE CORRELL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On November 14, 2005, this Court conducted a status conference to determine a trial date. Based on the records and files herein and the stipulated representations of defense counsel and the government, the Court finds that:

1. The trial in this matter was scheduled to begin on November 14, 2005.

2. Counsel for Kenneth Stone, John Crowley, was not available to begin trial on this date because he is presently involved in a jury trial in the matter of State v. Preston Traxler, 04-1-00389-6, a homicide case in King County Superior Court, the Honorable Judge McBroom presiding. That trial is not expected to finish for a few more days.

3. This Court proposed a trial date to begin on December 5, 2005, before another District Judge, with an expectation that it would conclude on December 8, 2005. Counsel for Mr. Correll was not available to begin trial

ORDER CONTINUING TRIAL DATE/
*United States v. Kenneth Stone, et al.*— 1
Case No. CR04-251L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 on December 5, 2005, but was available to start on December 6, 2005.

2 Three trial days was not deemed sufficient time to complete this case.

3 Further, counsel for Ms. Stone indicated her preference to keep the trial in

4 front of this Court.

5    4. This Court proposed a trial date to begin on January 3, 2005.

6    5. At the status conference, after having conferred with their respective

7 counsel, defendants Kenneth Stone, Debra Stone and George Correll each

8 represented to the Court that they understood the reasons for the

9 continuance and stipulated to the need for a continuance.  They agreed to a

10 trial date of January 3, 2005.

11    6. The government consents to the continuance.

12    7. The ends of justice outweigh the best interests of the public and the

13 defendants in a speedy trial.  Failure to grant a continuance would have

14 denied continuity of counsel for Defendant Kenneth Stone, whose counsel

15 was handling a jury trial in another case.  Further, rescheduling the trial for

16 January 3, 2006, ensures that counsel will be fully prepared to represent his

17 client in court.

18    8. None of the defendants is in custody pending the trial in this matter.

19 For all the foregoing reasons, IT IS HEREBY ORDERED, *nunc pro tunc*, that the

20 trial date is continued from November 14, 2005, to January 3, 2006.

21 ////

22 ////

23 ////

ORDER CONTINUING TRIAL DATE/
*United States v. Kenneth Stone, et al.*— 2
Case No. CR04-251L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the date of the status conference on November 14, 2005, to the new trial date shall be excluded in the computation of time under the Speedy Trial Act.

DATED this 28th day of November, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Janet Freeman*
JANET FREEMAN
WSBA #24599
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Phone: (206) 553-7729
Fax:    (206) 553-0755
e-mail: Janet.Freeman@usdoj.gov

s/ *Allen M. Ressler*
(*per telephonic approval*)
ALLEN M. RESSLER
WSBA #5330
RESSLER & TESH
Penthouse Suite
821 Second Avenue, Suite 2200
Seattle, Washington 98104
Phone: (206) 388-0332

s/ *John R. Crowley*
(*per telephonic approval*)
JOHN R. CROWLEY
WSBA #19868
Attorney at Law
601 Union Street, Suite 4610
Seattle, Washington 98101-4050
Phone: (206) 625-7500

ORDER CONTINUING TRIAL DATE/
*United States v. Kenneth Stone, et al.*— 3
Case No. CR04-251L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

s/ *Lenell Nussbaum*
(*per telephonic approval*)
LENELL NUSSBAUM
WSBA #11140
Attorney at Law
2001 Western Avenue, Suite 200
Seattle, Washington 98121-2114
Phone: (206) 728-0996

CERTIFICATE OF SERVICE